## BEFORE THE UNITED STATES JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE COGNIZANT/TRIZETTO DATA BREACH LITIGATION** | **MDL NO.** |

## PLAINTIFF-MOVANTS' MOTION FOR TRANSFER AND CENTRALIZATION OF RELATED ACTIONS TO THE DISTRICT OF NEW JERSEY PURSUANT TO 28 U.S.C. § 1407 FOR CONSOLIDATED PRETRIAL PROCEEDINGS

Pursuant to 28 U.S.C. §1407 and Rule 6.2(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiff-Movants Gayle Burge, Ana Lamaire, Natanya Pope, and Norberto Claudio (collectively, "Plaintiff-Movants"), the named plaintiffs in the action *Burge, et al. v. Cognizant Technology Solutions Corporation, et al.*, Case No. 2:25-cv-18908, (D.N.J.), filed December 22, 2025) (the "*Burge* Action"), respectfully move the Judicial Panel on Multi-District Litigation ("JPML") for an Order transferring and centralizing all Related Actions to the United States District Court for the District of New Jersey.

Transfer and centralization are appropriate because the Related Actions arise out of the same data security incident involving software developed by Defendants Cognizant Technology Solutions Corporation ("Cognizant") and/or TriZetto Provider Solutions, LLC ("TriZetto") (collectively, "Defendants").[1] All Related Actions similarly allege that Defendants developed, marketed, and profited from "Cognizant's TriZetto healthcare products, which include cloud-based software, including billing and revenue management software, for medical services providers

---

[1] TriZetto was acquired by Cognizant in 2014 and operates as a business unit within Cognizant and is operated by Cognizant executives. *Cognizant Completes Acquisition of TriZetto, Creating a Fully-Integrated Healthcare Technology and Operations Leader*, COGNIZANT (Nov. 20, 2014), https://news.cognizant.com/2014-11-20-Cognizant-Completes-Acquisition-of-TriZetto-Creating-a-Fully-Integrated-Healthcare-Technology-and-Operations-Leader.

throughout the United States.[2] Defendants' software solutions are presently utilized by over 800,000 healthcare facilities across the nation, and its servers collect, store, and manage the personally-identifiable-information ("PII"), private-health-information ("PHI"), and financial information (collectively, "Private Information") of over 200 million individuals. All Related Actions arise from the October 2025 cybersecurity incident in which cybercriminals successfully infiltrated Defendants' systems and stole the Private Information belonging to over 3.4 million individuals (the "Data Breach"). All Related Actions allege that Defendants bear responsibility for the Data Breach and seek to hold them accountable. To date, at least twenty-two (22) class action complaints are currently pending against Defendants alleging violations of common law and state consumer protection law resulting from the Data Breach (the "Related Actions"). Further, it is likely that additional cases will continue to be filed against Cognizant, TriZetto, and/or entities that used Defendants' software.

1.    The Related Actions have been filed in a number of at least four federal jurisdictions. Specifically:

    a.  District of New Jersey

        1.  *Gayle Burge, Ana Lamaire, Natanya Pope, and Norberto Claudio v. Cognizant Technology Solutions Corporation and TriZetto Provider Solutions, LLC* (Case No. 2:25-cv-18908, D.N.J., filed December 22, 2025)

        2.  *Liam Lytle, Maricruz Jimenez, and Carson Noel v. TriZetto Provider Solutions, LLC and Cognizant Technology Solutions Corporation* (Case No. 2:25-cv-18938, filed December 23, 2025)

        3.  *Elizabeth Noble v. Genesis Healthcare Holding Company, Inc. d/b/a Genesis Healthcare and TriZetto Provider Solutions LLC* (Case No. 2:25-cv-18967, D. N.J., filed December 23, 2025)

---

[2] *TriZetto Healthcare Administration Solutions*, COGNIZANT, available at: https://www.cognizant.com/us/en/industries/healthcare-technology-solutions/trizetto (last visited Mar. 17, 2026).

4.  *Melissa Trimble, Joanne Torkomian, Fatima Chaaban, Kathy Noble-Mayer, Marquintha Johnson, Lori DeLaRiva, Billy Simpson, and Suzanna Elich v. Cognizant Technology Solutions Corporation and TriZetto Provider Solutions, LLC* (Case No. 2:25-cv-18969, D.N.J., filed December 23, 2025)

5.  *Lisa Scorpio v. Cognizant Technology Solutions Corporation and TriZetto Provider Solutions* (Case No. 2:25-cv-19027, D.N.J., filed December 29, 2025)

6.  *Jim Caldwell v. TriZetto Provider Solutions, LLC, San Francisco Health Plan, and Cognizant Technology Solutions Corporation* (Case No. 2:25-cv-19056, D.N.J., filed December 30, 2025)

7.  *Kim Elizabeth Schuster v. Cognizant Technology Solutions Corporation, TriZetto Provider Solutions, LLC, and The MetroHealth System* (Case No. 2:26-cv-00395, D. N.J., filed January 13, 2026)

8.  *John Wolf v. TriZetto Provider Solutions, LLC and Cognizant Technology Solutions Corporation* (Case No. 2:26-CV-02344, D.N.J., filed March 6, 2026)

9.  *Lania Whiteside v. Cognizant Technology Solutions Corporation and Local Initiative Health Authority for Los Angeles County d/b/a L.A. Care Health Plan* (Case No. 2:26-cv-02373, D.N.J., filed March 6, 2026)

10. *Shannon Lee v. Cognizant Technology Solutions Corporation and TriZetto Provider Solutions, LLC* (Case No. 2:26-cv-02444, D.N.J., filed March 10, 2026)

11. *Annabelle Patterson v. Cognizant Technology Solutions Corporation and Trizetto Provider Solutions, LLC* (Case No. 2:26-cv-02570, D.N.J., filed March 12, 2026)

12. *Ray Madoff v. Defendants Cognizant Technology Solutions Corporation and TriZetto Provider Solutions, LLC* (Case No. 2:26-cv-02634, D.N.J., filed March 13, 2026)

13. *Joseph Sawyer v. Defendants TriZetto Provider Solutions, LLC and Cognizant Technology Solutions Corporation* (Case No. 2:26-cv-02698, D.N.J., filed March 16, 2026)

b.      Eastern District of Missouri

1.  *Madeline Longo v. TriZetto Provider Solutions* (Case No. 4:25-cv-01845, E.D. Mo., filed December 17, 2025)

2.   *Raymond Niessing v. TriZetto Provider Solutions and Gognizant [sic.] Technology Solutions Corporation* (Case No. 4:25-cv-01861, E.D. Mo., filed December 19, 2025)

3.  *Joseph Wheeler v. TriZetto Provider Solutions LLC and St. Anthony's Physician Organization Hospitalist Services L.C. d/b/a Mercy Clinic South Hospitalists* (Case No. 4:25-cv-01888, E.D. Mo., filed December 30, 2025)

4.  *Joseph Corbray and Stephanie Jones v. One Community Health and TriZetto Provider Solutions LLC* (Case No. 4:26-cv-00013, E.D. Mo., filed January 6, 2026)

5.  *Sharyn Anne Limbos Vadla v. Cognizant Technology Solutions Corporation and TriZetto Provider Solutions, LLC* (Case No. 4:26-cv-00070, E.D. Mo., filed January 16, 2026)

6.  *Shirley Cleveland and Grace Ayandibu v. TriZetto Provider Solutions and Cognizant Technology Solutions Corporation* (Case No. 4:26-cv-00264, E.D. Mo., filed February 23, 2026)

7.  *Susan Stone and Ernest Easter v. TriZetto Provider Solutions, LLC* (Case No. 4:26-cv-00308, E.D. Mo., filed March 3, 2026)

8.  *Jason Spangler v. Physicians' Clinic of Iowa, P.C. and TriZetto Provider Solutions, LLC* (Case No. 4:26-cv-00322, E.D. Mo., filed March 5, 2026)

c.      Northern District of California

1.  *Charles Hahn v. Open Door Community Health, a California Corporation, TriZetto Provider Solutions, LLC, a Delaware Limited Liability Company, and DOES 1 through 100, inclusive* (Case No. 1:26-cv-02267, N.D. Cal., removed March 17, 2026)

d.      Eastern District of California

1.  *Kimberly Taylor v. TriZetto Provider Solutions and Cares Community Health d/b/a One Community Health* (Case No. 2:26-cv-00086, E.D. Ca., filed January 12, 2026).

4

2.      Centralization of the Related Actions will prevent conflicting pretrial rulings, and conserve judicial resources on identical pre-trial issues including those on the pleadings, merits discovery, expert discovery, and trial preparation issues. In particular, the pleading and discovery conducted in each of the Related Actions will likely be very similar, and will likely involve many of the same or similar documents and witnesses. There have been no discovery or initial disclosures made to date, and, as of this writing, no Answer date has yet occurred, so no prejudice will result from the transfer and consolidation of all Related Actions.

3.      The United States District Court for the District of New Jersey is the most appropriate forum for centralization of the Related Actions, including but not limited to the following reasons:

a.      the District of New Jersey is the home forum for primary defendant Cognizant, who wholly owns TriZetto, and thus is the venue where, on information and belief, key documents and witnesses are located, and where the decision-making concerning the TriZetto software occurred;

b.      the greatest number of currently pending Related Actions were filed in the District of New Jersey;

c.      the District of New Jersey is an easy venue for all parties to reach; and

d.      judges in the District of New Jersey, and judge Madeline Arleo in particular have the experience and resources to oversee MDL actions, especially MDL actions arising out of a data breach.

WHEREFORE, Plaintiff-Movants respectfully request that the Panel centralizes the actions set forth in the Scheduled of Related Actions filed herewith, as well as any tag-along

actions or other cases such as may be subsequently filed asserting related or similar claims in the

United States District Court for the District of New Jersey.

Dated: March 17, 2026

Respectfully submitted,

*/s/ Nickolas J. Hagman*
Nickolas J. Hagman
Bryan L. Clobes
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
bclobes@caffertyclobes.com
nhagman@caffertyclobes.com

*Counsel for Plaintiff-Movants Gayle Burge, Ana Lamaire, Natanya Pope, and Norberto Claudio*