Additional Parties Represented:

Plaintiff Joanne Torkomian

Plaintiff Fatima Chaaban

Plaintiff Kathy Noble-Mayer

Plaintiff Marquintha Johnson

Plaintiff Lori Delariva

Plaintiff Billy Simpson

 Plaintiff Suzanna Elich