## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE COGNIZANT/TRIZETTO DATA BREACH LITIGATION** | **MDL NO. 3185** |

## <u>NOTICE OF ERRATA</u>

Please take notice that Plaintiffs respectfully submit this Errata to the Schedule of Actions filed on 3/17/26 (ECF No. 1-2).

This Notice corrects the list of plaintiffs in Case No. 2:25-cv-08908 to reflect all plaintiffs included in the Order Consolidating Actions signed by United States Magistrate Judge André M. Espinosa on March 10, 2026.

Plaintiffs' Amended Schedule of Actions is attached hereto.

Dated: March 19, 2026

Respectfully submitted,

*/s/ Nickolas J. Hagman*
Nickolas J. Hagman
Bryan L. Clobes
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
bclobes@caffertyclobes.com
nhagman@caffertyclobes.com

*Counsel for Plaintiffs-Gayle Burge, Ana Lamaire, Natanya Pope, and Norberto Claudio*

## BEFORE THE UNITED STATES JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE COGNIZANT/TRIZETTO DATA BREACH LITIGATION | MDL NO. 3185 |

## AMENDED SCHEDULE OF ACTIONS

| Case Caption | Parties | Case No. | Court | Judge |
|---|---|---|---|---|
| *Madeline Longo v. TriZetto Provider Solutions* | **Plaintiff** Madeline Longo<br><br>**Defendants** TriZetto Provider Solutions | 4:25-cv-01845 | Eastern District of Missouri | Hon. Maria A. Lanahan |
| *Raymond Niessing v. TriZetto Provider Solutions and Gognizant [sic.] Technology Solutions Corporation* | **Plaintiff** Raymond Niessing<br><br>**Defendants** TriZetto Provider Solutions; Cognizant Technology Solutions Corporation | 4:25-cv-01861 | Eastern District of Missouri | Hon. Patricia L. Cohen |
| *Gayle Burge, Ana Lamaire, Natanya Pope, and Norberto Claudio v. Cognizant Technology Solutions Corporation and TriZetto Provider Solutions, LLC* | **Plaintiffs** Gayle Burge, Ana Lamaire, Natanya Pope, Norberto Claudio, Liam Lytle, Maricruz Jimenez, Carson Noel, Elizabeth Noble, Melissa Trimble, Joanne Torkomian, Fatima Chaaban, Kathy Noble-Mayer, Marquintha Johnson, Lori DeLaRiva, Billy Simpson, Suzanna Elich, Lisa Scorpio, Jim Caldwell, Kim Elizabeth Schuster<br><br>**Defendants** Cognizant Technology Solutions Corporation; | 2:25-cv-18908 | District of New Jersey | Hon. Madeline Cox Arleo |

| | | | | |
|---|---|---|---|---|
| | TriZetto Provider Solutions, LLC | | | |
| *Liam Lytle, Maricruz Jimenez, and Carson Noel v. TriZetto Provider Solutions, LLC and Cognizant Technology Solutions Corporation* | **Plaintiffs**<br>Liam Lytle, Maricruz Jimenez, Carson Noel<br><br>**Defendants**<br>TriZetto Provider Solutions, LLC; Cognizant Technology Solutions Corporation | 2:25-cv-18938 | District of New Jersey | Hon. Madeline Cox Arleo |
| *Elizabeth Noble v. Genesis Healthcare Holding Company, Inc. d/b/a Genesis Healthcare and TriZetto Provider Solutions LLC* | **Plaintiff**<br>Elizabeth Noble<br><br>**Defendants**<br>Genesis Healthcare Holding Company, Inc. d/b/a Genesis Healthcare; TriZetto Provider Solutions LLC | 2:25-cv-18967 | District of New Jersey | Hon. Madeline Cox Arleo |
| *Melissa Trimble, Joanne Torkomian, Fatima Chaaban, Kathy Noble-Mayer, Marquintha Johnson, Lori DeLaRiva, Billy Simpson, and Suzanna Elich v. Cognizant Technology Solutions Corporation and TriZetto Provider Solutions, LLC* | **Plaintiffs**<br>Melissa Trimble, Joanne Torkomian, Fatima Chaaban, Kathy Noble-Mayer, Marquintha Johnson, Lori DeLaRiva, Billy Simpson, Suzanna Elich<br><br>**Defendants**<br>Cognizant Technology Solutions Corporation; TriZetto Provider Solutions, LLC | 2:25-cv-18969 | District of New Jersey | Hon. Madeline Cox Arleo |
| *Lisa Scorpio v. Cognizant Technology Solutions Corporation and TriZetto Provider Solutions* | **Plaintiff**<br>Lisa Scorpio<br><br>**Defendants**<br>Cognizant Technology Solutions Corporation; TriZetto Provider Solutions | 2:25-cv-19027 | District of New Jersey | Hon. Madeline Cox Arleo |
| *Jim Caldwell v. TriZetto Provider Solutions, LLC, San Francisco Health Plan, and Cognizant Technology Solutions Corporation* | **Plaintiff**<br>Jim Caldwell<br><br>**Defendants** | 2:25-cv-19056 | District of New Jersey | Hon. Madeline Cox Arleo |

| | | | | |
|---|---|---|---|---|
| | TriZetto Provider Solutions, LLC San Francisco Health Plan; Cognizant Technology Solutions Corporation | | | |
| *Joseph Wheeler v. TriZetto Provider Solutions LLC and St. Anthony's Physician Organization Hospitalist Services L.C. d/b/a Mercy Clinic South Hospitalists* | **Plaintiff** Joseph Wheeler  **Defendants** TriZetto Provider Solutions LLC; St. Anthony's Physician Organization Hospitalist Services L.C. d/b/a Mercy Clinic South Hospitalists | 4:25-cv-01888 | Eastern District of Missouri | Hon. Maria A. Lanahan |
| *Joseph Corbray and Stephanie Jones v. One Community Health and TriZetto Provider Solutions LLC* | **Plaintiff** Joseph Corbray, Stephanie Jones  **Defendants** One Community Health; TriZetto Provider Solutions LLC | 4:26-cv-00013 | Eastern District of Missouri | Hon. Joshua M. Divine |
| *Kimberly Taylor v. TriZetto Provider Solutions and Cares Community Health d/b/a One Community Health* | **Plaintiff** Kimberly Taylor  **Defendants** TriZetto Provider Solutions; Cares Community Health d/b/a One Community Health | 2:26-cv-00086 | Eastern District of California | Hon. Dena M. Coggins |
| *Kim Elizabeth Schuster v. Cognizant Technology Solutions Corporation, TriZetto Provider Solutions, LLC, and The MetroHealth System* | **Plaintiff** Kim Elizabeth Schuster  **Defendants** Cognizant Technology Solutions Corporation; TriZetto Provider Solutions, LLC; The MetroHealth System | 2:26-cv-00395 | District of New Jersey | Hon. Brian R. Martinotti |
| *Sharyn Anne Limbos Vadla v. Cognizant Technology Solutions Corporation and TriZetto Provider Solutions, LLC* | **Plaintiff** Sharyn Anne Limbos Vadla  **Defendants** Cognizant Technology Solutions Corporation; | 4:26-cv-00070 | Eastern District of Missouri | Hon. Zachary M. Bluestone |

| | | | | |
|---|---|---|---|---|
| | TriZetto Provider Solutions, LLC | | | |
| *Shirley Cleveland and Grace Ayandibu v. TriZetto Provider Solutions and Cognizant Technology Solutions Corporation* | **Plaintiffs** Shirley Cleveland, Grace Ayandibu **Defendants** TriZetto Provider Solutions; Cognizant Technology Solutions Corporation | 4:26-cv-00264 | Eastern District of Missouri | Hon. Cristian M. Stevens |
| *Susan Stone and Ernest Easter v. TriZetto Provider Solutions, LLC* | **Plaintiffs** Susan Stone, Ernest Easter **Defendants** TriZetto Provider Solutions, LLC | 4:26-cv-00308 | Eastern District of Missouri | Hon. Patricia L. Cohen |
| *Jason Spangler v. Physicians' Clinic of Iowa, P.C. and TriZetto Provider Solutions, LLC* | **Plaintiff** Jason Spangler **Defendants** Physicians' Clinic of Iowa, P.C.; TriZetto Provider Solutions, LLC | 4:26-cv-00322 | Eastern District of Missouri | Hon. Sarah E. Pitlyk |
| *John Wolf v. TriZetto Provider Solutions, LLC and Cognizant Technology Solutions Corporation* | **Plaintiff** John Wolf **Defendants** TriZetto Provider Solutions, LLC; Cognizant Technology Solutions Corporation | 2:26-CV-02344 | District of New Jersey | Hon. Michael E. Farbiarz |
| *Lania Whiteside v. Cognizant Technology Solutions Corporation and Local Initiative Health Authority for Los Angeles County d/b/a L.A. Care Health Plan* | **Plaintiff** Lania Whiteside **Defendants** Cognizant Technology Solutions Corporation; Local Initiative Health Authority for Los Angeles County d/b/a L.A. Care Health Plan | 2:26-cv-02373 | District of New Jersey | Hon. Esther Salas |
| *Shannon Lee v. Cognizant Technology Solutions Corporation and TriZetto Provider Solutions, LLC* | **Plaintiff** Shannon Lee **Defendants** Cognizant Technology Solutions Corporation; | 2:26-cv-02444 | District of New Jersey | Hon. Madeline Cox Arleo |

| | | | | |
|---|---|---|---|---|
| | TriZetto Provider Solutions, LLC | | | |
| *Annabelle Patterson v. Cognizant Technology Solutions Corporation and Trizetto Provider Solutions, LLC* | **Plaintiff** Annabelle Patterson **Defendants** Cognizant Technology Solutions Corporation; Trizetto Provider Solutions, LLC | 2:26-cv-02570 | District of New Jersey | Hon. Madeline Cox Arleo |
| *Ray Madoff v. Defendants Cognizant Technology Solutions Corporation and TriZetto Provider Solutions, LLC* | **Plaintiff:** Ray Madoff **Defendant:** Cognizant Technology Solutions Corporation; Trizetto Provider Solutions, LLC | 2:26-cv-02634 | District of New Jersey | Hon. Madeline Cox Arleo |
| *Joseph Sawyer v. Defendants TriZetto Provider Solutions, LLC and Cognizant Technology Solutions Corporation* | **Plaintiff** Joseph Sawyer **Defendants** TriZetto Provider Solutions, LLC; Cognizant Technology Solutions Corporation | 2:26-cv-02698 | District of New Jersey | Hon. Madeline Cox Arleo |
| *Charles Hahn v. Defendants Open Door Community Health Centers and TriZetto Provider Solutions, LLC* | **Plaintiff** Charles Hahn **Defendants** Open Door Community Health Centers TriZetto Provider Solutions, LLC; | 1:26-cv-02267 | Northern District of California | Hon. Robert M. Illman |