**BEFORE THE UNITED STATES JUDICIAL PANEL ON**

**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION AND TRIZETTO PROVIDER SOLUTIONS, LLC, DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 3185 |

## NOTICE OF RELATED ACTION

In accordance with Judicial Panel on Multidistrict Litigation Rule of Procedure 6.2(d), Plaintiff P.B., by and Through her Next Friend, Stephanie Jaffa, writes to notify the Panel of the following related action: *P.B., by and Through her Next Friend, Stephanie Jaffa v. Trizetto Provider Solutions, LLC and Cognizant Technology Solutions Corporation*, Case No. 4:26-cv-00450-PLC (E.D. MO). Because the listed action involves common questions of fact with actions on the motion to transfer pending before the Panel, it is a "related action" for purposes of these proceedings. The docket sheet and complaint are attached as Exhibit 1.

Respectfully submitted,
*/s/ Maureen M. Brady*
Maureen M. Brady
McSHANE & BRADY, LLC
4006 Central Street
Kansas City, MO 64111
Telephone: (816) 888-8010
Facsimile: (816) 332-6295
mbrady@mcshanebradylaw.com

1