**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

**MDL- 3185 – IN RE: COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION
AND TRIZETTO PROVIDER SOLUTIONS, LLC DATA SECURITY BREACH
LITIGATION**

**Schedule of Actions**

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff(s):**<br>P.B., by and through her Next Friend, Stephanie Jaffa<br>**Defendant(s):**<br>Trizetto Provider Solutions, LLC, Cognizant Technology Solutions Corporation | U.S. District Court, Eastern District of Missouri | 4:26-cv-00450-PLC | Magistrate Judge Patricia L. Cohen |

1