## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| *IN RE: COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION AND TRIZETTO PROVIDER SOLUTIONS, LLC, DATA SECURITY BREACH LITIGATION* | MDL No. 3185<br><br>Individual Case Caption:<br>    *Stone, et al. v. TriZetto Provider Solutions, LLC*, No. 4:26-cv-00308 (E.D. Mo.) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 4.1(c) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Ben Barnow of Barnow and Associates, P.C. appears as counsel for Plaintiffs Susan Stone and Ernest Easter (Plaintiffs in *Stone v. TriZetto Provider Solutions LLC*, Case No. 4:26-cv-00308 (E.D. Mo.)) in the above-captioned action. Service of all pleadings, notices, orders, and other documents required to be served before the United States Judicial Panel on Multidistrict Litigation should be served on counsel at the office address stated below. I am aware that only one attorney can be designated for each party.

Dated: April 1, 2026

Respectfully submitted,

/s/ Ben Barnow
Ben Barnow
**BARNOW AND ASSOCIATES, P.C.**
205 West Randolph Street, Ste. 1630
Chicago, IL 60606
Tel: 312.621.2000
Fax: 312.641.5504
b.barnow@barnowlaw.com