Parties Represented:

- Plaintiff Kimberly Taylor
  - *Taylor v. Trizetto Provider Solutions, et al.*, E.D. California, 2:26-cv-00086
- Plaintiff Joseph Wheeler
  - *Wheeler v. Trizetto Provider Solutions LLC, et al*, E.D. Missouri, 4:25-cv-01888;
- Plaintiff Joseph Corbray
  - *Corbray, et al. v. Trizetto Provider Solutions LLC, et al.*, E.D. Missouri, 4:26-cv-00013
- Plaintiff Stephanie Jones
  - *Corbray, et al. v. Trizetto Provider Solutions LLC, et al.*, E.D. Missouri, 4:26-cv-00013
- Plaintiff Elizabeth Noble
  - *Noble v. Trizetto Provider Solutions LLC, et al.*, District of New Jersey, 2:25-cv-18967

Schedule of Actions:

- *Taylor v. Trizetto Provider Solutions, et al.*, E.D. California, 2:26-cv-00086;

- *Wheeler v. Trizetto Provider Solutions LLC, et al.*, E.D. Missouri, 4:25-cv-01888;

- *Corbray, et al. v. Trizetto Provider Solutions LLC, et al.*, E.D. Missouri, 4:26-cv-00013; and

- *Noble v. Trizetto Provider Solutions LLC, et al.*, District of New Jersey, 2:25-cv-18967.