**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In Re: ) | |
| ) | MDL No. 3185 |
| COGNIZANT TECHNOLOGY SOLUTIONS ) | |
| CORPORATION AND TRIZETTO PROVIDER ) | |
| SOLUTIONS, LLC, DATA SECURITY ) | |
| BREACH LITIGATION ) | |

**ANNABELLE PATTERSON'S RESPONSE-JOINDER IN SUPPORT OF MOTION
FOR TRANSFER AND CENTRALIZATION OF RELATED ACTIONS TO
THE DISTRICT OF NEW JERSEY PURSUANT TO
28 U.S.C. § 1407 FOR CONSOLIDATED PRETRIAL PROCEEDINGS**

NOW COMES Plaintiff ANNABELLE PATTERSON ("Patterson"), individually and on behalf of all others similarly situated, and, for her *Response-Joinder in Support of Motion for Transfer and Centralization of Related Actions to the District of New Jersey Pursuant to 28 U.S.C. § 1407 for Consolidated Pretrial Proceedings* ("Response"), state as follows:

**I.      INTRODUCTION.**

Pending before the Panel is a motion ("Motion") filed by Plaintiffs Gayle Burge, Ana Lamaire, Natanya Pope, and Norberto Claudio (collectively, the "Burge Plaintiffs") pursuant to 28 U.S.C. § 1407 seeking to transfer and consolidate numerous lawsuits pending in federal courts across the country arising from a data security incident involving software developed by Defendants Cognizant Technology Solutions Corporation ("Cognizant") and/or TriZetto Provider Solutions, LLC ("TriZetto") (collectively, "Defendants"). At the time the Motion was filed, there were 23 similar lawsuits against Defendants pending in four federal districts (collectively, the "Lawsuits"). *See*, Motion, MDL Dkt. 1.

As discussed in the Motion, the claims against Defendants in the Lawsuits are nearly identical, as all actions assert common factual allegations and involve overlapping claims and legal issues, and present a common core of facts. Since all of the Lawsuits involve common questions

of fact and law, consolidation in a single District will promote judicial efficiency, and will avoid the risk of inconsistent and overlapping judgments.

To that end, the Burge Plaintiffs seeks to transfer all of the Lawsuits to the District of New Jersey to be consolidated for pretrial purposes. *See generally*, Motion. Patterson agrees that the Panel should transfer and consolidate all of the Lawsuits in the District of New Jersey, and files this Response in support of the Burge Plaintiffs' Motion. In further support of Patterson's (and the Burge Plaintiffs') request to consolidate all of the Lawsuits in the District of New Jersey, Patterson seeks to provide additional detail as to a few of the factors to be considered by the Panel.

## II.     ARGUMENT.

In selecting an appropriate transferee district, the Panel has considered, *inter alia*, the connection between each transferee district and the issues presented in the litigation, the number of similar cases currently pending in each district, the procedural stage of each related case, and the experience and resources available to the judge in each district. *E.g.*, *In re Blackbaud, Inc., Customer Data Sec. Breach Litig.*, 509 F.Supp.3d 1362, 1364 (J.P.M.L. 2020); *In re Anthracite Coal Antitrust Litig.*, 436 F.Supp. 402, 403 (J.P.M.L. 1977); *In re: Chinese-Manufactured Drywall Products Liab. Litig.*, 626 F.Supp.2d 1346, 1347 (J.P.M.L. 2009); *In re: Oil Spill by the Oil Rig Deepwater Horizon in the Gulf of Mexico, on April 20, 2010*, 731 F.Supp.2d 1352, 1356 (J.P.M.L. 2010); *In re: Home Depot, Inc. Customer Data Sec. Breach Litig..*, 65 F.Supp.3d 1398, 1400 (J.P.M.L. 2014); *In re Erie COVID-19 Bus. Interruption Prot. Ins. Litig.*, 509 F.Supp.3d 1370, 1374 (J.P.M.L. 2020); *In re Elec. Books Antitrust Litig.*, 846 F.Supp.2d 1378, 1379 (J.P.M.L. 2011); *see also*, 28 U.S.C. § 1407(a). As set forth below, these factors support transfer and consolidation in the District of New Jersey.

2

**A.        Most Relevant Documents and Witnesses Are Located in New Jersey.**

These Lawsuits arise from a data breach wherein cybercriminals successfully infiltrated Defendants' computer systems and stole personally-identifiable-information, private-health-information, and financial information belonging to over 3.4 million individuals (the "Data Breach"). *See*, Motion, p. 2. Accordingly, the key issues in this litigation will relate to how the "vulnerability [leading to the Data Breach] occurred, the circumstances of the unauthorized access and data exfiltration, and [Defendants'] response to it." *E.g.*, *In re MOVEit Customer Data Sec. Breach Litig.*, 699 F.Supp.3d 1402, 1405 (J.P.M.L. 2023); *Blackbaud*, 509 F.Supp.3d at 1363-64.

Since Cognizant—which has been TriZetto's parent company since 2014—is headquartered in New Jersey (*See*, Motion, pp. 1, 5), "relevant documents and witnesses are likely located within the District" of New Jersey. *E.g.*, *Home Depot*, 65 F.Supp.3d at 1400; *Blackbaud*, 509 F.Supp.3d at 1364 (noting that "common witnesses and other evidence likely will be located in [the] district" in which the defendant is headquartered). As such, this factor favors transfer and consolidation in New Jersey. *MOVEit*, 699 F.Supp.3d at 1407 (selecting district where defendant was headquartered); *In re: Target Corp. Customer Data Sec. Breach Litig.*, 11 F.Supp.3d 1338, 1340 (J.P.M.L. 2014) (same).

**B.        The Majority of Cases Are Pending the District of New Jersey.**

As set forth in the Motion, 13 of the 23 Lawsuits are currently pending in the District of New Jersey. *See*, Motion, pp. 2-4. Moreover, all of the Lawsuits are at an early procedural stage, and, as of the filing of this Response, "have not progressed beyond the filing of the complaints." *See e.g.*, *Elec. Books*, 846 F.Supp.2d at 1379; *In re Neo Wireless, LLC, Pat. Litig.*, 610 F.Supp.3d 1383, 1385 (J.P.M.L. 2022). Given the similarity in the Lawsuits' procedural posture, it would be most convenient to consolidate them in the forum where the majority of the Lawsuits are pending—New Jersey. *E.g.*, *Home Depot*, 65 F.Supp.3d at 1400 (selecting forum where the

majority of lawsuits were pending); *MOVEit*, 699 F.Supp.3d at 1407 (selecting district where the largest number of cases was pending).

### C. Judge Arleo Has Significant Experience With Multidistrict Litigation.

All of the Lawsuits pending in the District of New Jersey—including the Burge Plaintiffs' Lawsuit and Patterson's Lawsuit—are currently being presided over by Judge Madeline Arleo. Judge Arleo has substantial experience with complex multidistrict litigation, as she sits on this Panel, and has presided over several multidistrict litigation cases as a judge. *See, e.g.*, *In re K-Dur Antitrust Litig.*, CIV.A. 01-1652 (JAG), (D.N.J.); *In re Sprint Premium Data Plan Mktg. & Sales Practices Litig.*, 10-CV-6334 SDW MCA, (D.N.J.). Therefore, this factor also weighs in favor of transfer and consolidation in New Jersey.  *E.g.*, *Blackbaud*, 509 F.Supp.3d at 1364 (selecting district with "an experienced transferee judge with the ability and willingness to manage this litigation efficiently"); *Home Depot*, 65 F.Supp.3d at 1400 (similar); *Chinese-Manufactured Drywall*, 626 F.Supp.2d at 1347 (similar).

### III.    CONCLUSION.

For the reasons stated in the Motion, and expounded upon above, the Panel should transfer all of the Lawsuits to the District of New Jersey to be consolidated for pretrial purposes.

WHEREFORE, Plaintiff ANNABELLE PATTERSON requests that the Panel grant the Burge Plaintiffs' Motion and transfer the Lawsuits to the United States District Court for the District of New Jersey to be consolidated before Judge Arleo for pretrial purposes, and for any other relief deemed just and appropriate under the circumstances.

> Plaintiff Annabelle Patterson, individually, and on behalf of all others similarly situated,
>
> By:  */s/ Matthew C. De Re*

4

Thomas A. Zimmerman, Jr.
*tom@attorneyzim.com*
Matthew C. De Re
*matt@attorneyzim.com*
ZIMMERMAN LAW OFFICES, P.C.
77 West Washington Street, Suite 1220
Chicago, Illinois 60602
(312) 440-0020 telephone
(312) 440-4180 facsimile
www.attorneyzim.com
*firm@attorneyzim.com*

Marc E. Dann
Brian D. Flick
Javier Merino
15000 Madison Avenue
Lakewood, OH 44107
Phone: (216) 373-0539
Fax: (216) 373-0536
*notices@dannlaw.com*

Counsel for Plaintiff Annabelle Patterson