**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISRICT LITIGATION**

| | |
|---|---|
| In re:<br><br>Cognizant Technology Solutions Corporation and TriZetto Provider Solutions, Security Breach Litigation | MDL No. 3185 |

**DEFENDANT SAN FRANCISCO HEALTH PLAN'S OPPOSITION TO PLAINTIFF'S
MOTION TO TRANSFER TO THE DISTRICT OF NEW JERSEY
PURSUANT TO  28 U.S.C. § 1407**

Defendant San Francisco Health Plan ("SFHP" or the "Plan"), a named defendant in *Caldwell v. Cognizant Technology Solutions Corporation*, et al., (Case No. 2:25-cv-19056-MCA-AME, D. N.J., filed December 30, 2025), by and through its counsel, hereby opposes Plaintiffs' Gayle Burge, Ana Lamaire, Natanya Pope, and Norberto Claudio (collectively "Plaintiff-Movants") Motion for Transfer and Centralization of Related Actions to the District of New Jersey Pursuant to  28 U.S.C. § 1407 for Consolidated Pretrial Proceedings, and in support thereof, states as follows:

1.      Preliminarily, because Plaintiff-Movants served the Plan with their motion, we are appearing in this matter for the limited purpose of opposing Plaintiff-Movants' motion.

2.      SFHP is an independent local government entity authorized by California state law and the Board of Supervisors for the City and County of San Francisco.  *See* Cal. Welf. & Inst. Code § 14087.36; San Francisco, Cal., Administrative Code §§ 69.1 – 69.6.

3.      The Plan services individuals eligible to receive health insurance benefits under the Medi-Cal program (i.e., California's Medicaid program).   Cal. Welf. & Inst. Code § 14087.36(e)(1); *see also* San Francisco, Cal., Administrative Code § 69.3(b) – (d).  To be eligible

to receive benefits under the Medi-Cal program, individuals must be residents of California. Cal. Welf. & Inst. Code § 14005(a).

4.    The Plan is "separate and distinct from the City and County of San Francisco" (San Francisco, Cal., Administrative Code § 69.1) and "made by and for the people of San Francisco[,]" and is San Francisco's "#1 choice for Medi-Cal." About Us, SAN FRANCISCO HEALTH PLAN, https://www.sfhp.org/about-us/, (last visited Apr. 8, 2026).

5.    The Plan is not a resident of the District of New Jersey, as it is a local government entity resulting from the California Welfare and Institutions Code and is located in the City and County of San Francisco whose purpose is to serve California residents eligible for Medi-Cal benefits, only.

6.    The Plan to date has not been served with the Complaint in *Caldwell v. Cognizant Technology Solutions,* et al., (Case No. 2:25-cv-19056-MCA-AME, D. N.J.), even though the action was filed over ninety (90) days ago on December 30, 2025.

7.    Plaintiff Caldwell is a citizen of San Francisco domiciled in California. Complaint ¶ 14.

8.    Assuming, *arguendo*, for purposes of Plaintiff-Movants' motion that the allegations in the Caldwell Complaint are deemed to be true that a data breach involving the Plan's data occurred—the alleged breach would have occurred as to a health plan, members, and data collected in California, and most likely would have involved health care rendered in California, and, therefore, there is no alleged connection to any state other than California.

9.    As a result, the parties, individual Plan witnesses and members, including Plaintiff, are and would be located in the City and County of San Francisco, California, not across the

country in New Jersey. Requiring a local governmental entity to litigate a matter thousands of miles away does not serve judicial convenience or efficiency.

10.     Venue is proper (1) in the judicial district in which a defendant resides, if all defendants are residents of the State in which the district is located, (2) in a judicial district in which a substantial part of the events giving rise to the claim occurred, or a substantial part of property that is subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action. 28 U.S.C.A. § 1391(b).

11.     New Jersey is an improper venue for a litigation against the Plan because the Plan is a resident of California, the alleged breach would have occurred as to data collected in California to provide health insurance to local California residents, and the action may be brought in California.

12.     Consolidating the lawsuit against the Plan with the other actions in a Joint MDL would not create convenience and efficiencies as to the litigation against the Plan given the Plan's unique status as a local governmental entity and local insurer in California, with special rights, immunities, status and privileges under California law. The lawsuit against the Plan should not be part of a Joint MDL consolidated with numerous other cases because common questions of law and fact do not predominate as to the litigation against the Plan given its mission. Simply because an allegedly shared vendor – Trizetto Provider Solutions – allegedly suffered a security incident is not a valid basis to consolidate these matters with the litigation against the Plan or to require the Plan to litigate the Caldwell matter together with these other lawsuits in a distant courtroom. Indeed, the other cases subject to the Plaintiff-Movants' motion involve non-governmental entities and different facts that are dissimilar to the particular legal and factual issues to be decided in the

lawsuit against the Plan, a local health insurer. Any litigation against the Plan should occur only in an individual non-consolidated action in a courtroom in San Francisco, California.

13. Nothing herein waives or is intended to waive the Plan's lack of service of the summons and complaint, jurisdictional and venue objections in any proceeding.

WHEREFORE, Defendant San Francisco Health Plan respectfully requests that the Panel deny the Motion for Transfer and Centralization of Related Actions to the District of New Jersey Pursuant to 28 U.S.C. § 1407 for Consolidated Pretrial Proceedings.

Dated: April 8, 2026

Respectfully submitted,

Epstein Becker & Green, P.C.

By: /s/Brian G. Cesaratto

875 Third Avenue
New York, NY 10022
Tel: 212.351.4500
Fax: 212.878.8600
bcesaratto@ebglaw.com

*Attorneys for Defendant San Francisco Health Plan*