**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In Re: | ) |
| | )     MDL No. 3185 |
| COGNIZANT TECHNOLOGY SOLUTIONS | ) |
| CORPORATION AND TRIZETTO PROVIDER | ) |
| SOLUTIONS, LLC, DATA SECURITY | ) |
| BREACH LITIGATION | ) |

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that effective April 10, 2026, the law firm of Zimmerman Law Offices, P.C.'s new business address is:

**7199 South Kingery Highway, #1148**
**Willowbrook, Illinois 60527**

DATED: April 10, 2026          Respectfully submitted,


By:   *s/ Matthew C. De Re*
          Matthew C. De Re
          ZIMMERMAN LAW OFFICES, P.C.
          7199 South Kingery Highway, #1148
          Willowbrook, IL 60527
          Tel: (312) 440-0020
          Fax: (312) 440-4180
          matt@attorneyzim.com