**BEFORE THE UNITED STATES JUDICIAL PANEL**

**ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE: Cognizant Technology Solutions | § | |
| Corporation and TriZetto Provider Solutions, | § | MDL No. 3185 |
| LLC Data Security Breach Litigation | § | |

**NOTICE OF POTENTIALLY RELATED ACTIONS**

In accordance with Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned counsel for Plaintiff-Movants Gayle Burge, Ana Lamaire, Natanya Pope, and Norberto Claudio (in *Burge et al v. Cognizant Technology Solutions Corporation, et al.*, Case No. 2:25-cv-18908 (DNJ)) write to notify you of the potentially related actions listed on the attached Schedule of Actions.

Docket sheets and complaints are attached.

Dated: April 17, 2026

Respectfully submitted,

*/s/ Nickolas J. Hagman*
Nickolas J. Hagman
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
T: (312) 782-4880
nhagman@caffertyclobes.com