BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In Re: Cognizant Technology Solutions Corporation and TriZetto Provider Solutions, LLC Data Breach Security Litigation** | **MDL No. 3185** |

### MOTION FOR SUPPLEMENTAL INFORMATION REGARDING NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT LOCAL INITIATIVE HEALTH AUTHORITY FOR LOS ANGELES COUNTY d/b/a L.A. CARE HEALTH PLAN

COMES NOW Defendant Local Initiative Health Authority for Los Angeles County, d/b/a L.A. Care Health Plan ("LA Care") and hereby states that it has been dismissed from this litigation, and in support thereof, states:

1. On April 20, 2026, Lania Whiteside ("Whiteside"), Plaintiff in the case captioned *Whiteside v. Trizetto Provider Solutions, LLC, et al.*, Case No. 2:26-cv-02373-ES-MAH, D. N.J., filed the attached Notice of Voluntary Dismissal dismissing LA Care from the action without prejudice. *See* Exhibit A.

2. Whiteside filed her Notice of Voluntary Dismissal in the case *Burge et al. v. Cognizant Technology Solutions Corporation, et al.*, Case No. 2:25-cv-18908-MCA-AME, D. N.J. *See* ECF 40.

3. Accordingly, LA Care is no longer a party to the instant Multi-District Litigation and respectfully requests that this Court dismiss it from this case.

WHEREFORE, Defendant Los Angeles County, d/b/a L.A. Care Health Plan respectfully requests that this Court GRANT its motion and DISMISS it from this case.

[SIGNATURE ON FOLLOWING PAGE]

2

Dated: April 22, 2026

Respectfully Submitted,

Epstein Becker & Green, P.C.

By: */s/ Brian G. Cesaratto*
    Brian G. Cesaratto
    875 Third Avenue
    New York, NY 10022
    Tel: 212.351.4500
    Fax: 212.878.8600
    bcesaratto@ebglaw.com

    *Attorneys for Defendant Local Initiative Health Authority for Los Angeles Count, d/b/a L.A. Care Health Plan*