BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In Re: Cognizant Technology Solutions Corporation and TriZetto Provider Solutions, LLC Data Breach Security Litigation** | **MDL No. 3185** |

**MOTION FOR SUPPLEMENTAL INFORMATION REGARDING
NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT SAN FRANCISCO HEALTH PLAN**

COMES NOW Defendant San Francisco Health Plan ("SFHP") and hereby states that it has been dismissed from this litigation, and in support thereof, states:

1.      On April 22, 2026, Jim Caldwell ("Caldwell"), Plaintiff in the case captioned *Caldwell v. Cognizant Technology Solutions Corporation, et al.*, Case No. 2:25-cv-19056-MCA-AME, D. N.J., filed the attached Notice of Voluntary Dismissal dismissing SFHP from the action without prejudice. *See* Exhibit A.

2.      Caldwell filed his Notice of Voluntary Dismissal in the case *Burge et al. v. Cognizant Technology Solutions Corporation, et al.*, Case No. 2:25-cv-18908-MCA-AME, D. N.J. *See* ECF 39.

3.      Accordingly, SFHP is no longer a party to the instant Multi-District Litigation and respectfully requests that this Court dismiss it from this case.

WHEREFORE, Defendant San Francisco Health Plan respectfully requests that this Court GRANT its motion and DISMISS it from this case.

[SIGNATURE ON FOLLOWING PAGE]

Dated: April 22, 2026

Respectfully Submitted,

Epstein Becker & Green, P.C.

By: */s/ Brian G. Cesaratto*
    Brian G. Cesaratto
    875 Third Avenue
    New York, NY 10022
    Tel: 212.351.4500
    Fax: 212.878.8600
    bcesaratto@ebglaw.com

    *Attorneys for San Francisco Health Plan*