# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

In re Cognizant Technology Solutions Corporation and TriZetto Provider Solutions, LLC, Data Security Breach Litigation

MDL No. __3185__ & TITLE - IN RE: _____

**1.      Oral Argument** – Check ONE of the following boxes:

[✔] The attorney designated below shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party or parties. (**Note:**  All attorneys presenting oral argument should be mindful of Panel Rule 11.1(d)(i), which states that:

> Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.

Also note that Rule 11.1(e) requires counsel with like positions to confer prior to oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.)

[ ] The party or parties listed hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 11.1(b)(i). (**Note:**  A party waiving oral argument need not appear at the hearing session, through counsel or otherwise.)

[ ] The party or parties listed hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise, the attorney designated below shall present oral argument at the Panel hearing session on behalf of the designated party or parties pursuant to Rule 11.1. (**Note:** In the event of a global waiver, the parties and their counsel need not attend the hearing session.)

**2.      Position on Centralization** – Check ONE of the following boxes:

[ ] Support Centralization

[✔] Oppose Centralization

[ ] Other _____

**3.      Position on Transferee District.**  If you SUPPORT Centralization or if you OPPOSE centralization but ALTERNATIVELY SUPPORT Centralization in a particular venue(s), if the Panel orders centralization over your objections, indicate your proposed transferee district(s) here:

Eastern District of Missouri

**4.**    **Change of Position from Written Response** – If your position regarding Centralization or the choice of transferee district has changed from the position set forth in your motion or written response to the motion or order, check the following box: ☐

**5.**    **Parties Represented** – Indicate party name and state whether plaintiff or defendant.  Attach list if more than one action:

TriZetto Provider Solutions, LLC
Cognizant Technology Solutions Corporation

**6.**    **Short Case Caption(s)** – Include District(s) and Civil Action No(s).  Attach list if more than one action:

See attached list

**7.**    **Name and Address of Attorney Designated to Present Oral Argument**:

Jason K. Fagelman
Name

Norton Rose Fulbright US LLP
Law Firm

Dallas                                                         TX
City                                                           State

Telephone No.:  (214) 855-8000

Email Address:  jason.fagelman@nortonrosefulbright.com

| April 23, 2026 | Jason K. Fagelman | /s/ Jason K. Fagelman |
|:---:|:---:|:---:|
| Date | Printed Name | Authorized Signature |

JPML Form 9 (12/15)

## SCHEDULE OF ACTIONS

Niessing v. TriZetto Provider Solutions, et al., E.D. Missouri, 4:25-cv-01861

Burge, et al. v. Cognizant Technology Solutions Corp., et al., D. New Jersey, 2:25-cv-18908

Lytle, et al. v. TriZetto Provider Solutions, LLC, et al., D. New Jersey, 2:25-cv-18938

Noble v. Genesis Healthcare Holding Co., Inc., et al., D. New Jersey, 2:25-cv-18967

Trimble, et al. v. Cognizant Technology Solutions Corp., et al., D. New Jersey, 2:25-cv-18969

Scorpio v. Cognizant Technology Solutions Corp., et al., D. New Jersey, 2:25-cv-19027

Caldwell v. TriZetto Provider Solutions, LLC, et al., D. New Jersey, 2:25-cv-19056

Wheeler v. TriZetto Provider Solutions LLC, et al., E.D. Missouri, 4:25-cv-01888

Corbray, et al. v. One Community Health, et al., E.D. Missouri, 4:26-cv-00013

Taylor v. TriZetto Provider Solutions, LLC, et al., E.D. California, 2:26-cv-00086

Limbos Vadla v. Cognizant Technology Solutions Corp., et al., E.D. Missouri, 4:26-cv-00070

Hahn v. Open Door Community Health Centers, et al., N.D. California, 1:26-cv-02267

Cleveland, et al. v. TriZetto Provider Solutions, LLC, et al., E.D. Missouri, 4:26-cv-00264

Stone, et al. v. TriZetto Provider Solutions, LLC, E.D. Missouri, 4:26-cv-00308

Wolf v. TriZetto Provider Solutions, LLC, et al., D. New Jersey, 2:26-cv-02344

Lee v. Cognizant Technology Solutions Corp., et al., D. New Jersey, 2:26-cv-02444

Patterson v. Cognizant Technology Solutions Corp., et al., D. New Jersey, 2:26-cv-02570

Madoff v. Cognizant Technology Solutions Corp., et al., D. New Jersey, 2:26-cv-02634

Sawyer v. TriZetto Provider Solutions, LLC, et al., D. New Jersey, 2:26-cv-02698

Harris Vaughn v. Cognizant Technology Solutions Corp., et al., D. New Jersey, 2:26-cv-02881

Buser v. TriZetto Provider Solutions, LLC, et al., D. New Jersey, 2:26-cv-03156

P.B. v. TriZetto Provider Solutions, LLC, et al., E.D. Missouri, 4:26-cv-00450

Billingslea, et al. v. Cognizant Technology Solutions Corp., et al., D. New Jersey, 2:26-cv-03394

Burnett v. Cognizant Technology Solutions Corp., et al., D. New Jersey, 2:26-cv-03525

- 1 -

- 2 -

DeJesus v. TriZetto Provider Solutions, LLC, et al., E.D. Missouri, 4:26-cv-00523

Halcarz v. Cognizant Technology Solutions Corp., et al., D. New Jersey, 2:26-cv-03880